AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Anthony Mitchell

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-253

Gregory McLaughlin

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with Court's Order dated June 15, 2018, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Mitchell's 2241 petition. This action stands closed.

| June 15, 2018 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |
| | (By) Deputy Clerk |